# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DALE LEE RAPER,

    Petitioner,

v.                                  CASE NO. 5:04cv171-RH/MD

JAMES V. CROSBY, JR.,

    Respondent.

_____/

## ORDER DENYING CERTIFICATE OF APPEALABILITY AND
## DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL

Final judgment has been entered denying this petition for writ of habeas corpus under 28 U.S.C. §2254. Petitioner has filed a notice of appeal. Under 28 U.S.C. § 2253(c)(1), however, petitioner may not appeal unless a certificate of appealability is issued. Under *Edwards v. United States*, 114 F.3d 1083 (11th Cir. 1997), petitioner's notice of appeal is deemed an application for a certificate of appealability. The clerk has docketed petitioner's notice of appeal as both a notice of appeal (document 21) and as an application for a certificate of appealability (document 23).

Under 28 U.S.C. § 2253(c)(2), a certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." *See Miller-El v. Cockrell,* 537 U.S. 322, 336-37, 123 S. Ct. 1029, 1039-40, 154 L. Ed. 2d 931 (2003); *Slack v. McDaniel*, 529 U.S. 473, 483-84, 120 S. Ct. 1595, 146 L. Ed. 2d 542 (2000); *Barefoot v. Estelle*, 463 U.S. 880, 893, n.4, 103 S. Ct. 3383, 77 L. Ed. 2d 1090 (1983); *see also Williams v. Taylor*, 529 U.S. 362, 402-13, 120 S. Ct. 1495, 146 L. Ed. 2d 389 (2000) (setting forth standards applicable to §2254 petitions on the merits). As the Court said in *Slack*:

> To obtain a COA under § 2253(c), a habeas prisoner must make a substantial showing of the denial of a constitutional right, a demonstration that, under *Barefoot*, includes showing that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were "'adequate to deserve encouragement to proceed further.'"

*Slack*, 529 U.S. at 483-84, *quoting Barefoot*, 463 U.S. at 893 n.4. Further, in order to obtain a certificate of appealability when dismissal is based on procedural grounds, a petitioner must show, "at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack*, 529 U.S. at 484.

For the reasons set forth in the Magistrate Judge's Report and

Recommendation (document 13), as adopted by this court (document 18), defendant has made no such showing, and no certificate of appealability will be issued.  In addition, for the same reasons, I find that defendant's appeal is not taken in good faith.  I hereby certify pursuant to Federal Rule of Appellate Procedure 24(a) that defendant's appeal is not taken in good faith and that defendant is not otherwise entitled to proceed *in forma pauperis* on appeal.  I thus conclude that leave to proceed *in forma pauperis* should be denied.  Accordingly,

    IT IS ORDERED:

    1.  Defendant's notice of appeal (document 21), deemed an application for a certificate of appealability (see document 23), is DENIED.

    2.  Leave to proceed on appeal *in forma pauperis*  is DENIED.

    SO ORDERED this 9th day of May, 2005.

                                         s/Robert L. Hinkle
                                         Chief United States District Judge